# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:23-cr-77 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JULIAN J. MANTZ, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge James Grimes's Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Julian J. Mantz and enter a finding of guilty against defendant. (Doc. No. 74.)

On February 9, 2023, the government filed an Indictment against defendant. (Doc. No. 5.) On August 21, 2023, this Court issued an order assigning this case to Magistrate Judge Grimes for the purpose of receiving defendant's guilty plea. (Doc. No. 71.)

On August 29, 2023, a hearing was held in which defendant entered a plea of guilty, as follows:

- Count 1, charging him with Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. Section 841(a)(1) and (b)(1)(C) and 846.

- Count 2, charging him with Attempted Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. Section 846 and 841(a)(1) and (b)(1)(C).

Magistrate Judge Parker received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a

finding of guilty. (Doc. No. 74.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of counts 1 and 2 of the indictment. The sentencing will be held on December 18, 2023, at 10:00 a.m., in Courtroom 530.

   **IT IS SO ORDERED**.


Dated: September 26, 2023

                                          **HONORABLE SARA LIOI**
                                          **UNITED STATES DISTRICT JUDGE**